| | |
|---|---|
| 1 | ARNOLD & PORTER, LLP |
| | SHARON D. MAYO (SBN 150469) |
| 2 | sharon.mayo@aporter.com |
| | ERICA CONNOLLY (SBN 288822) |
| 3 | erica.connolly@aporter.com |
| | Three Embarcadero Center, 10th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 471-3100 |
| 5 | Facsimile: (415) 471-3400 |

AMIE L. MEDLEY (SBN 266586)
amie.medley@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., CHEBRA MUSIC, ESKAYWHY PUBLISHING, HI MOM I DID IT MUSIC, YEAH BABY MUSIC, and PALABRAS DE ROMEO,<br><br>Plaintiffs,<br><br>v.<br><br>BENCH AND BAR, INC. and CHARLES D. BISBEE,<br><br>Defendants. | Case No. 5:15-cv-03870-NC<br><br>**PLAINTIFFS EMI APRIL MUSIC INC., CHEBRA MUSIC, ESKAYWHY PUBLISHING, HI MOM I DID IT MUSIC, YEAH BABY MUSIC, AND PALABRAS DE ROMEO MOTION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civ. L.R. 7-11, Plaintiffs EMI April Music Inc., Chebra Music, Eskaywhy
2  Publishing, Hi Mom I Did It Music, Yeah Baby Music, and Palabras De Romeo ("Plaintiffs")
3  hereby request that the initial case management conference currently scheduled for February 10,
4  2016 be continued to February 24, 2016.

5  Plaintiffs believe there is good cause for the initial case management conference to be
6  continued until February 24, 2016.  On January 13, 2016, Plaintiffs filed their Notice of Motion and
7  Motion For Default Judgment against Defendants Bench and Bar, Inc. and Charles D. Bisbee
8  ("Defendants") and noticed the hearing for February 24, 2016.  *See* ECF No. 20.  In light of that
9  noticed hearing date, Plaintiffs believe that continuing the initial case management conference until
10 the same date will preserve the Court's resources by having the conference simultaneously with the
11 hearing on the default judgment request.

Dated:  January 13, 2016           Respectfully submitted

                                   ARNOLD & PORTER, LLP


                                   By:  */s/ Erica Connolly*
                                        SHARON D. MAYO
                                        ERICA CONNOLLY
                                        AMIE L. MEDLEY

                                   *Attorneys for Plaintiffs*

-1-
MOTION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
3:15-CV-03870-NC

**ORDER**

For good cause, the Court continues the initial case management conference currently scheduled for February 10, 2016 to February 24, 2016.

**IT IS SO ORDERED.**

Dated: January 14, 2016

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

